# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BARRY BILLIOT

NO. 2022 KW 1265

**JANUARY 17, 2023**

---

In Re:    Barry Billiot, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2246-F-2022.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                           MRT
                           WRC
                           CHH

COURT OF APPEAL, FIRST CIRCUIT

a.Sap

---
          DEPUTY CLERK OF COURT
             FOR THE COURT